STEVEN B. SAMUEL, ESQ., et al., Respondents-Appellants, v DRUCKMAN & SINEL, LLP, et al., Appellants-Respondents.

Submitted May 4, 2009; decided June 25, 2009

Motion to resettle, amend and clarify the opinion and remittitur or, in the alternative, for reargument denied [*see* 12 NY3d 205 (2009)].

Chief Judge LIPPMAN taking no part.